# FORM 1 VOLUNTARY PETITION

**United States Bankruptcy Court**
**Northern District of Illinois**

**VOLUNTARY PETITION**

IN RE (Name of debtor-if Individual, enter Last, First, Middle): JENKINS, MARY L

NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle):

ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden and trade names):

ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden and trade names):

SOC. SEC./TAX I.D. NO. (If more than one, state all): 6625

STREET ADDRESS OF DEBTOR (No. and street, city, state, zip): 17200 HOLMES, HAZEL CREST IL 60429

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: Cook

SOC. SEC./TAX I.D. NO. (If more than one, state all):

STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip):

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS:

MAILING ADDRESS OF DEBTOR (If different from street address):

MAILING ADDRESS OF JOINT DEBTOR (If different from street address):

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above):

Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**TYPE OF DEBTOR**
☒ Individual
☐ Joint (H&W)
☐ Partnership
☐ Other ____
☐ Corporation Publicly Held
☐ Corporation Not Publicly Held
☐ Municipality

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)**
☐ Chapter 7    ☐ Chapter 11    ☒ Chapter 13
☐ Chapter 9    ☐ Chapter 12    ☐ § 304-Case Ancillary to Foreign Proceeding

**NATURE OF DEBT**
☒ Non-Business Consumer    ☐ Business - Complete A&B below

A. TYPE OF BUSINESS (check one box)
☐ Farming
☐ Professional
☐ Retail/Wholesale
☐ Railroad
☐ Transportation
☐ Manufacturing/Mining
☐ Stockbroker
☐ Commodity Broker
☐ Construction
☐ Real Estate
☐ Other Business

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

**FILING FEE (Check one box)**
☒ Filing fee attached.
☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b), see Official Form No. 3

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
Law Offices of Ronald B. Lorsch
1829 West 170th Street
Hazel Crest, IL 60429
Telephone No. (708) 799-0102

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR

☐ Debtor is not represented by an attorney. Telephone no. of debtor not represented by an attorney: ( )

**STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)** (Estimates only) (Check applicable boxes)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**ESTIMATED NUMBER OF CREDITORS**
☒ 1-15  ☐ 16-49  ☐ 50-99  ☐ 100-199  ☐ 200-999  ☐ 1000-over

**ESTIMATED ASSETS** (In thousands of dollars)
☐ Under 50  ☐ 50-99  ☐ 100-499  ☐ 500-999  ☐ 1000-9999  ☐ 10,000-99,000  ☐ over 100,000

**ESTIMATED LIABILITIES** (In thousands of dollars)
☐ Under 50  ☐ 50-99  ☐ 100-499  ☐ 500-999  ☐ 1000-9999  ☐ 10,000-99,000  ☐ over 100,000

**ESTIMATED NUMBER OF EMPLOYEES - CH 11 & 12 ONLY**
☐ 0  ☐ 1-19  ☐ 20-99  ☐ 100-999  ☐ 1000-over

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY**
☐ 0  ☐ 1-19  ☐ 20-99  ☐ 100-499  ☐ 500-over

Name of Debtor _____

_____ Case No. _____

**FILING OF PLAN**

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

(Court use only)

**PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS** (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| NONE | | |

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR** (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**REQUEST FOR RELIEF**

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**SIGNATURES**

**ATTORNEY**

X /s/ Ronald B. Lorsch
Signature                                    Date

**INDIVIDUAL/JOINT DEBTOR(S)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

X /s/ Mary L. Jenkins
Signature of Debtor
Date

X _____
Signature of Joint Debtor
Date

**CORPORATE OR PARTNERSHIP DEBTOR**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized.

X _____
Signature of Authorized Individual

Print or Type Name of Authorized Individual _____

Title of Individual Authorized by Debtor to File this Petition _____
Date

☐ Exhibit "A" is attached and made a part of this petition.

EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)

**TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)**

I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X /s/ Mary L. Jenkins
Signature of Debtor                                    Date

X _____
Signature of Joint Debtor                              Date

**EXHIBIT "B"** (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney                                  Date



In re: _____ Debtor(s)   Case No. _____ (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J O | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| CHASE<br>PO Box 78116<br>Phoenix, AZ 85062 | | | 1st mortgage<br>VALUE $ 130,000 | | 128,000 | |
| Payday Loan Store<br>4031B 183rd St<br>Country Club Hills<br>60478 | | | Payday Loan<br>VALUE $ | | 1900 | |
| | | | VALUE $ | | | |
| | | | VALUE $ | | | |
| | | | VALUE $ | | | |
| | | | VALUE $ | | | |
| | | | VALUE $ | | | |
| | | | VALUE $ | | | |

None continuation sheets attached

Subtotal ▶ (Total of this page) $ 129,900

Form B6 E (6-92)

Julius Blumberg, Inc. NYC 10013

In re: _____  Debtor(s)   Case No. _____ (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a) (2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a) (5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a) (6)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a) (7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a) (8).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# IRS Mail Stop 5010 CHI 230 S. Dearborn street Chicago, IL 60604 | | | | | 1000 | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |

None __ Continuation sheets attached.

Subtotal -> (Total of this page) $ _____

Total -> (use only on last page of the completed Schedule E) $ _____

In re:                                                      Debtor(s)    Case No.                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| DISCOVER PO Box 8003 Hilliard, OH 43026 | | | 2002-2003 MISC | | 13753 |
| BANK OF AMERICA PO Box 53132 Phoenix, AZ 85072 | | | 2002-2003 CASH ADVANCES | | 9726 |
| WELLS FARGO FINANCIAL PO Box 98788 Las Vegas, NV 89193 | | | 2004 PERSONAL LOAN | | 879 |
| NICOR GAS PO Box 310 Aurora, IL 60507 | | | Utility Bill | | 363.86 |
| Illinois Title Loans 15940 Kedzie Harvey, IL 60426 | | | Loan | | 700 |
| CITI PO Box 6241 Sioux Falls, SD 57117 | | | Credit Card | | 7,169 |
| Village of Hazel Crest | | | | | 65 |
| BAC | | | Credit Card | | 10465 |
| WF Financial 17645 S. Torrence Lansing, IL 60438 | | | loan | | 707 |

___ Continuation Sheets attached.

contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Subtotal → $ 43,827
(Total of this page)

Total →

In re: _____, Debtor(s)    Case No. _____ (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |



UNITED STATES BANKRUPTCY COURT        NORTHERN  DISTRICT OF  ILLINOIS

In re                                 Debtor(s)        Case No.                    (If Known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.
(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in contemplation of and in connection with this case                                            $ 2700
   (b) prior to filing this statement, debtor(s) have paid                                                                                           $ 194
   (c) the unpaid balance due and payable is                                                                                                         $ 2894 + copying cost
(3) $ 194         of the filing fee in this case has been paid.                                                                                        2908.40
(4) The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed.xxxx

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed.xxxx

(7) The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

None

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

None

Dated:                      Respectfully submitted, Ronald Lorsch
                                                                            Attorney for Petitioner
Attorney's name and address  Ronald B. Lorsch, 1829 West 170th Street, Hazel Crest, IL   60429

ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES  *[Check one option.]*

☐ Option A: flat fee through confirmation     ☑ Option B: flat fee through case closing

1a. *Pre-confirmation services.* Any attorney retained to represent a debtor in a Chapter 13 case is responsible for representing the debtor on all matters arising in the case, unless otherwise ordered by the court. For all of the services outlined above, required to be provided before confirmation of a plan, the attorney will be paid a fee of $ _____ . In extraordinary circumstances, such as extended evidentiary hearings or appeals, the attorney may apply to the court for additional compensation for pre-confirmation services. Any such application must be accompanied by an itemization of the services rendered, showing the date, the time expended, and the identity of the attorney performing the services. The debtor must be served with a copy of the application and notified of the right to appear in court to object.

1b. *Post-confirmation services.* Compensation for services required after confirmation will be in such amounts as are allowed by the court, on application accompanied by an itemization of the services rendered, showing the date, time, and the identity of the attorney performing the services. The debtor must be served with a copy of the application and notified that the debtor may appear in court to object.

1. Any attorney retained to represent a debtor in a Chapter 13 case is responsible for representing the debtor on all matters arising in the case unless otherwise ordered by the court. For all of the services outlined above, the attorney will be paid a fee of $ 2700.00 . In extraordinary circumstances, such as extended evidentiary hearings or appeals, the attorney may apply to the court for additional compensation for these services. Any such application must be accompanied by an itemization of the services rendered, showing the date, the time expended, and the identity of the attorney performing the services. The debtor must be served with a copy of the application and notified of the right to appear in court to object.

2. *Early termination of the case.* Fees payable under the provisions set out above are not refundable in the event that the case is dismissed before confirmation (Option A) or completion of plan payments (Option B), unless the dismissal is due to a failure by the attorney to comply with the duties set out in this agreement. If a dismissal is due to such a failure by the attorney, the court may order a refund of fees on motion by the debtor.

3. *Retainers.* The attorney may receive a retainer or other payment before filing the case, but may not receive fees directly from the debtor after the filing of the case. In any application for fees, whether or not requiring an itemization, the attorney shall disclose to the court any fees paid by the debtor prior to the case filing.

4

4. *Improper conduct by the attorney.* If the debtor disputes the sufficiency or quality of the legal services provided or the amount of the fees charged by the attorney, the debtor may file an objection with the court and request a hearing.

5. *Improper conduct by the debtor.* If the attorney believes that the debtor is not complying with the debtor's responsibilities under this agreement or is otherwise not engaging in proper conduct, the attorney may apply for a court order allowing the attorney to withdraw ormfrom the case.

6. *Discharge of the attorney.* The debtor may discharge the attorney at any time.

Date:

_7/26/05_

Total fee to be paid for attorney's services:  $ _2700.00_
(Do not sign if this line is blank.)

Signed:

_[signature]_         _Ronald B. Losch_

Debtor(s)        Attorney for Debtor(s)

5