```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 35478
   MARY JENKINS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6625

----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 09/06/2005 and was confirmed 11/30/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  32.75% from remaining funds.

     The case was paid in full 12/15/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
----------------------------------------------------------------------
CHASE MANHATTAN MTG CORP  CURRENT MORTG        .00              .00              .00
PAYDAY LOAN STORE         SECURED           1900.00             .00          1900.00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED            .00              .00
DISCOVER FINANCIAL SERVI  FILED LATE       13752.89             .00              .00
LVNV FUNDING LLC          FILED LATE           .00              .00              .00
WELLS FARGO FINANCIAL     UNSECURED        NOT FILED            .00              .00
NICOR GAS                 UNSECURED          405.12             .00           132.69
ILLINOIS TITLE LOAN INC   UNSECURED        NOT FILED            .00              .00
RESURGENT ACQUISITION LL  UNSECURED OTH    7344.08              .00          2408.86
VILLAGE OF EAST HAZEL CR  UNSECURED        NOT FILED            .00              .00
BAC                       UNSECURED        NOT FILED            .00              .00
WELLS FARGO FINANCIAL IL  UNSECURED OTH     732.56              .00           239.96
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE     401.95              .00           401.95
RONALD B LORSCH           REIMBURSEMENT     203.40              .00           203.40
RONALD B LORSCH           DEBTOR ATTY      2,700.00                          2,700.00
TOM VAUGHN                TRUSTEE                                              545.14
DEBTOR REFUND             REFUND                                                 .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                      8,532.00

PRIORITY                                        203.40
SECURED                                       2,301.95
UNSECURED                                     2,781.51
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                            545.14
DEBTOR REFUND                                      .00
                          --------------     --------------
TOTALS                       8,532.00          8,532.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 35478 MARY JENKINS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
 Dated: 03/05/09                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 05 B 35478 MARY JENKINS
```